IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROADCAST MUSIC, INC.;<br>JAY-BOY MUSIC CORP.; EVERGREEN<br>COPYRIGHT ACQUISITIONS/<br>AUDIGRAM, LLC d/b/a AUDIGRAM<br>SONGS, INC.; CONCORD MUSIC<br>GROUP, INC. d/b/a JONDORA<br>MUSIC; BREW MUSIC COMPANY,<br><br>                      Plaintiffs,<br><br>    v.<br><br>CROCODILE ROCK CORPORATION<br>d/b/a CROCODILE ROCK CAFÉ;<br>SUSAN CLARK and MELISSA<br>STERNER, each individually,<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

### THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade

Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 7.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Jay-Boy Music Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Evergreen Copyright Acquisitions/Audigram, LLC is a limited liability company d/b/a Audigram Songs, Inc. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Concord Music Group, Inc. is a corporation d/b/a Jondora Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Brew Music Company is a sole proprietorship owned by Donald G. Brewer. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Defendant Crocodile Rock Corporation is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, which operates, maintains and controls an establishment known as Crocodile Rock Cafe, located at 520 Hamiliton Street, Allentown, Pennsylvania 18101, in this district (the "Establishment").

10. In connection with the operation of the Establishment, Defendant Crocodile Rock Corporation publicly performs musical compositions and/or causes musical compositions to be publicly performed.

11. Defendant Crocodile Rock Corporation has a direct financial interest in the Establishment.

12. Defendant Susan Clark is an officer of Defendant Crocodile Rock Corporation with responsibility for the operation and management of that corporation and the Establishment.

13. Defendant Susan Clark has the right and ability to supervise the activities of Defendant Crocodile Rock Corporation and a direct financial interest in that corporation and the Establishment.

14. Defendant Melissa Sterner is an officer of Defendant Crocodile Rock Corporation with primary responsibility for the operation and management of that corporation and the Establishment.

15. Defendant Melissa Sterner has the right and ability to supervise the activities of Defendant Crocodile Rock Corporation and a direct financial interest in that corporation and the Establishment.

<u>CLAIMS OF COPYRIGHT INFRINGEMENT</u>

16. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 15.

17. Plaintiffs allege five (5) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same

legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

18. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the five (5) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

19. For each of the musical compositions identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

20. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

21. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition

identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

22. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

23. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

August 27, 2012

_____
Stanley H. Cohen (I.D. No. 12095)
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
11th Floor, Seven Penn Center
1635 Market Street
Philadelphia, PA 19103-2212
Telephone: 215-567-2010
Facsimile: 215-751-1142
e-mail: scohen@crbcp.com

Attorney for Plaintiffs

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | All Day And All Of The Night |
| Line 3 | Writer(s) | Ray Davies |
| Line 4 | Publisher Plaintiff(s) | Jay-Boy Music Corp. |
| Line 5 | Date(s) of Registration | 11/12/64 |
| Line 6 | Registration No(s). | Ef 29622 |
| Line 7 | Date(s) of Infringement | 01/29/2012 |
| Line 8 | Place of Infringement | Crocodile Rock Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Cocaine |
| Line 3 | Writer(s) | J. J. Cale |
| Line 4 | Publisher Plaintiff(s) | Evergreen Copyright Acquisitions/Audigram, LLC d/b/a Audigram Songs, Inc. |
| Line 5 | Date(s) of Registration | 11/26/75 |
| Line 6 | Registration No(s). | EP 345663 |
| Line 7 | Date(s) of Infringement | 07/07/2012 |
| Line 8 | Place of Infringement | Crocodile Rock Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Fortunate Son |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 11/17/69   2/16/70 |
| Line 6 | Registration No(s). | Eu 149502   Ep 272078 |
| Line 7 | Date(s) of Infringement | 07/07/2012 |
| Line 8 | Place of Infringement | Crocodile Rock Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Have You Ever Seen The Rain a/k/a Have You Ever Seen The Rain? |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 12/10/70 |
| Line 6 | Registration No(s). | Eu 222228 |
| Line 7 | Date(s) of Infringement | 07/07/2012 |
| Line 8 | Place of Infringement | Crocodile Rock Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | We're An American Band |
| Line 3 | Writer(s) | Don Brewer |
| Line 4 | Publisher Plaintiff(s) | Donald G. Brewer, an individual d/b/a Brew Music Company |
| Line 5 | Date(s) of Registration | 7/13/73 |
| Line 6 | Registration No(s). | Eu 418975 |
| Line 7 | Date(s) of Infringement | 07/07/2012 |
| Line 8 | Place of Infringement | Crocodile Rock Cafe |