IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BROADCAST MUSIC, INC., et al.,**<br><br>        Plaintiffs,<br><br>        v.<br><br>**CROCODILE ROCK CORPORATION, et al.,**<br><br>        Defendants. | **CIVIL ACTION**<br><br><br><br>**NO. 12-4945** |

**O R D E R**

AND NOW, this 25th day of June, 2014, it is hereby **ORDERED** that Plaintiffs' Motions for Default Judgment against Crocodile Rock and Joseph Clark (ECF 71 and 72) are hereby **GRANTED**.  Plaintiffs' Motion for Summary Judgment against Susan Clark (ECF 70) is also **GRANTED**.  It is **FURTHER ORDERED** that Judgment will be entered **AGAINST** Defendants and in **FAVOR** of Plaintiffs for $35,000.00 in statutory damages pursuant to 17 U.S.C. § 504(c)(1), plus $67,328.00 in costs and attorney's fees pursuant to 17 U.S.C. § 505.

                                                                BY THE COURT:

                                                                /s/ Michael M. Baylson
                                                                _____
                                                                MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 12\12-4945 broadcast v. crocodile\12cv4945.order.default.judgment.docx